LAURA T. H. VARICK, Appellant, *v.* THE SECOND NATIONAL BANK OF NORWICH, CONNECTICUT, Respondent.

(Argued April 16, 1890; decided May 6, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 7, 1888, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Circuit.

*Thomas Bracken* for appellant.

*Frank B. Candler* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.  _____